IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY BROWN

        Plaintiff,

v.                                                              Civil Action No. 3:20-cv-363

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

        Defendant.

## ORDER

      This matter comes before the Court on the joint status report regarding the temporary stay

of pretrial deadlines.  (ECF No. 44.)  The parties ask the Court to grant them an additional forty-

five days to file a motion for preliminary approval of the proposed class action settlement.  The

Court GRANTS this request and CONTINUES its stay of the pretrial deadlines until June 1,

2021.  The parties may file any motion for preliminary approval of the proposed settlement by

June 1, 2021.

      It is so ORDERED.

      Let the Clerk send a copy of this Order to all counsel of record.

Date: 20 April 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge