IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY BROWN

        Plaintiff,

v.                                       Civil Action No. 3:20-cv-363

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

        Defendant.

## ORDER

This matter comes before the Court on the joint motion for extension of time to submit a motion for preliminary approval of class action settlement. (ECF No. 46.) The parties ask the Court to grant them an additional thirty days to file a motion for preliminary approval of the proposed class action settlement. The Court GRANTS this request and CONTINUES its stay of the pretrial deadlines until July 1, 2021. The parties may file any motion for preliminary approval of the proposed settlement by July 1, 2021.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

Date: 2 June 2021
Richmond, VA

/s/
John A. Gibney, Jr
United States District Judge