IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY BROWN

    Plaintiff,

v.                                                  Civil Action No. 3:20-cv-363

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

    Defendant.

## ORDER

This matter comes before the Court on the second joint motion for extension of time to submit a motion for preliminary approval of class action settlement. (ECF No. 48.) The parties ask the Court to grant them an additional twenty-one days to file a motion for preliminary approval of the proposed class action settlement. The Court GRANTS this request and CONTINUES its stay of the pretrial deadlines until July 22, 2021. The parties may file any motion for preliminary approval of the proposed settlement on or before July 22, 2021.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

Date: 2 July 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge