IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| TERRY BROWN, *on behalf of himself and all similarly situated individuals*, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 3:20-cv-363 |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, | : : : : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR**
**<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiff, *on behalf of himself and all others similarly situated*, hereby moves the Court, pursuant to Fed. R. Civ. P. 23, for preliminary approval of the class settlement, certification of a class for the purposes of settlement, appointment of Class Counsel, and approval of form and manner of notice. A Memorandum in Support will be filed contemporaneously with this Motion. A copy of a Proposed Order is attached hereto.

        Respectfully submitted,
        **TERRY BROWN**

        By:   */s/ Drew D. Sarrett*

        Leonard A. Bennett, VSB #37523
        Craig C. Marchiando, VSB #89736
        Drew D. Sarrett, VSB #81658
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd., Ste. 1-A
        Newport News, VA  23601
        Telephone: (757) 930-3660
        Facsimile: (757) 930-3662
        Email:  lenbennett@clalegal.com
        Email: craig@clalegal.com
        Email: drew@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

*Counsel for Plaintiff*