IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| TERRY BROWN, *on behalf of himself and all similarly situated individuals,* | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 3:20-cv-363 |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, | : : : : | |
| Defendant. | : : | |

**PLAINTIFF'S MOTION FOR SERVICE AWARD AND
ATTORNEYS' FEES AND COSTS**

Plaintiff, Terry Brown, under Federal Rules of Civil Procedure 23(h) and 54(d)(2), moves the Court for his attorneys' fees, costs, and a service award as provided for in the Class Action Settlement Agreement for the reasons supplied in the accompanying memorandum of law.

Respectfully submitted,
**TERRY BROWN**

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

1

(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

*Counsel for Plaintiff*