**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| TERRY BROWN, *on behalf of himself and all similarly situated individuals*, : : : : Plaintiff, : : v. : : CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, : : : : Defendant. : | Civil Action No. 3:20-cv-363 |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Terry Brown, under Federal Rule of Civil Procedure 23, moves the Court for Final Approval of the Class Action Settlement Agreement for the reasons supplied in the accompanying memorandum of law. A proposed order accompanies this Motion. The Defendant does not oppose the relief sought by this Motion.

Respectfully submitted,
**TERRY BROWN**

By:   */s/ Drew D. Sarrett*

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
Drew D. Sarrett, VSB #81658
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: drew@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

*Counsel for Plaintiff*